IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| FARM CREDIT OF NORTHWEST FLORIDA, ACA, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) CASE NO. 2:10-cv-962-MEF ) |
| WILLIAM R. MCKELVY, | ) (WO) ) |
| Defendant. | ) |

**FINAL JUDGMENT**

In accordance with the Court's previous memorandum opinion and order, it is hereby ORDERED, ADJUDGED, and DECREED that:

(1) Judgment be and is hereby entered in favor of the plaintiff, Farm Credit of Northwest Florida, ACA, and against the defendant, William R. McKelvy, in the amount of seven hundred thirty-two thousand five hundred thirty-four dollars and forty-two cents ($732,534.42), which sum is comprised of six hundred twenty-eight thousand two hundred fifteen dollars and four cents ($628,215.04), plus interest thereon at the rate of one hundred sixty-three dollars and fifty-one cents per day ($163.51 per day) from September 3, 2009.

(2) Furthermore, judgment is also entered in favor of the plaintiff and against the defendant for costs of collection, including attorney's fees and expenses in the amount of nineteen thousand one hundred seventy-four dollars and sixty-eight cents ($19,174.68). This amount includes costs of collection in the amount of seventeen thousand one hundred

seventy-four dollars and sixty-eight cents ($17,174.68), one thousand nine hundred and eighty-nine dollars in attorney's fees ($1,989.00), and eleven dollars ($11.00) in other recoverable expenses incurred after September 3, 2009.

(3) Costs are TAXED in for of the plaintiff and against the defendant for which execution may issue.

(4) The Clerk of Court is DIRECTED to enter this document on the civil docket sheet as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure and to close this file.

DONE this the 24th day of June, 2011.

                                          /s/ Mark E. Fuller
                                    UNITED STATES DISTRICT JUDGE